## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: <u>Charles B. Swartwood, III</u> | Date: <u>February 23, 2004</u> |
| Courtroom Clerk: <u>Roland</u> | Tape Number: <u>11:18 a.m.; 3:38 p.m.</u>   Time In Court: |
| Case: USA v. <u>Ouajdi Ben-Mrad, John Doe</u> | <u>45 min; 40 min (total 85 min).</u> |
| AUSA: <u>Pellegrini</u> | Case Number: <u>04-1639-CBS</u> |
| PTSO/PO: <u>Basil, September</u> | Defense Counsel: <u>Fried, Fernandez</u> |
| | Court Reporter: |

## TYPE OF HEARING

| | |
|---|---|
| [ ] **Initial Appearance**<br>[ ] Arrested:   [ ] on warrant     [ ] on probable cause<br>[ ] Defendant Sworn<br>[ ] Advised of Charges<br>[ ] Advised of Rights<br>[ ] Requests Appointment of Counsel<br>[ ] Will Retain Counsel<br>[ ] Court Orders Counsel be Appointed<br>[ ] Government Requests Detention & Continuance | [ ] **Arraignment**<br>[ ] Defendant Waived Reading of Indictment<br>[ ] Defendant Pleads Not Guilty to Counts_____<br>[ ] **Removal Hearing/Rule 40**<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Ordered Removed to Charging District.       Order to Issue.<br>[ ] Defendant Released, Conditions Remain/ Modified/Set<br>[ ] Identity Established |
| [X] **Preliminary Examination (Rule 5 or Rule 32.1)**<br>[ ] Probable Cause Found<br>[ ] Identity Established<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Waives Preliminary Examination | [ ] **Bail Hearing**<br>[ ] Bail Revoked, Defendant Ordered Detained<br>[ ] Defendant Released, Conditions Remain/Modified<br>[ ] Defendant Released on _____ with Conditions |
| [X] **Detention Hearing**<br>[ ] Defendant Requests a Continuance<br>[ ] Defendants Consent to Voluntary Detention<br>[ ] Defendant Detained, Order to Issue<br>[ ] Defendant Released on _____ with conditions<br>[X] Detention Taken Under Advisement<br><br>[ ] **Preliminary Probation Revocation Hearing**<br>[ ] Defendant Ordered Detained<br>[ ] Defendant Released | [ ] **Miscellaneous Hearings**<br>[ ] Attorney Appointment Hearing<br>[ ] Change of Plea (Rule 11) Hearing<br>[ ] Material Witness Hearing<br>[ ] Motion Hearing<br>[ ] Status Conference<br>[ ] Other _____ |

## CONTINUED PROCEEDINGS

_____ set for____at_____

## REMARKS

Case called, Counsel and defendants appear for Probable Cause and Detention Hearing, Gov't calls Special Agent Murphy; Cross. Government rests. Recess taken.  Court to reconvene at 3:00 p.m.; no further evidence offered, Counsel argue. Potential third party custodians called as witnesses. Matter taken under advisement as to detention and probable cause.