UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-1639-CBS |
| | ) | |
| SONAM DHONDUP | ) | |

DISMISSAL OF CRIMINAL COMPLAINT AS AGAINST
DEFENDANT SONAM DHONDUP

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the above-captioned criminal complaint against the Defendant SONAM DHONDUP which charges him with a violation of 18 U.S.C. §1029(a)(5). In support of this dismissal, the government states that the dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Nadine Pellegrini
JAMES B. FARMER
Chief, Criminal Division

STEPHEN P. HEYMANN
Deputy Chief, Criminal Division

Nadine Pellegrini
Assistant U.S. Attorney

Leave to File Granted: 3/29/03

United States District Court